| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |

Order Filed on
**08/19/2010**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| In Re: | Case No.:   09-22196 |
| Gordon A. Ovsiew and Sherri G Ovsiew, | Hearing Date: |
| Andrew M. Abbot, | Adv. No.:   09-2231 |
| Plaintiff(s) | Judge:   Novalyn L. Winfield |
| v. | |
| | Chapter:   7 |
| Gordon A. Ovsiew, | |
| Defendant(s) | |

## JUDGMENT BY DEFAULT

**DATED: 08/19/2010**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

Page 2
Debtor:         Gordon A. Ovsiew and Sherri G. Ovsiew
Case No.:       09-22196
Adv. No.:       09-2231
Caption of Order:    Judgment by Default

_____

      This matter came before the court on a proof hearing at which the court determined that the sum of $770,819.05 is nondischargeable.  Therefore, judgment is entered in favor of the plaintiff, Andrew M. Abbot, and against defendant Gordon A. Ovsiew, for the sum of $770,819.05.

## CERTIFICATE OF MAILING

      I HEREBY CERTIFY that on August 18, 2010, I mailed a copy of the foregoing order to each of the following:

Robert J. Stack LLC
11 Kiel Avenue, Suite D-1
Kinnelon, NJ 07405

      James J. Waldron, Clerk

*Approved by Judge Novalyn L. Winfield August 19, 2010*